

# METHFESSEL & WERBEL
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
MARC DEMBLING*+
(1944-2022)

Counsel
CHRISTINA M. ABREU+
ADAM M. CARMAN+^
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ANGEL M. HIERREZUELO>
ANDREW S. KARLBON>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
KYLE A. LIVINGSTONE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

February 27, 2023

VIA ELECTRONIC FILING
Honorable James B. Clark, III, U.S.M.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

RE: **AMENDOLA, FRANK VS. BOROUGH OF WHARTON, ET AL.**
   Our File No.    : 87692 ELH
   Docket No.     : 2:22-CV-02464-CCC-JBC

Dear Judge Clark:

Pursuant to Your Honor's directive, we are providing our firm's dial in information for the telephonic case management conference currently scheduled for February 28, 2023 at 10:00 am:

Dial-In: 1-877-213-9641
PIN: 9474843

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

*/s/ Steven K. Parness*

Steven K. Parness
parness@methwerb.com
Ext. 145

ELH:kar

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 87692 ELH
Page 2

cc:   VIA EMAIL: RobertKobin@kobinlawllc.com
Robert D. Kobin, Esq.
Law Office of Robert D. Kobin, Esq., LLC
66 Sunset Strip
Suite 205
Succasunna, NJ 07876

VIA EMAIL: ddinsmore@casha.com
Donald S. Dinsmore, Esq.
Casha & Casha
115 Horseneck Road, Suite 2
Montville, NJ 07045

VIA EMAIL: abucco@murphymckeonlaw.com
Anthony M. Bucco, Esq.
Murphy McKeon, PC
51 Route 23 South
PO Box 70
Riverdale, NJ  07457