Steven K. Parness - ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
parness@methwerb.com
Attorneys for Sgt. John Roon, Officer Richard Ornelas, Police Chief Anthony Fernandez, Wharton Police Department and Borough of Wharton
Our File No.  87692 ELH

| | |
|---|---|
| FRANK AMENDOLA AND BEVERLY AMENDOLA, HIS SPOUSE<br><br>Plaintiffs,<br><br>V.<br><br>SERGEANT JOHN ROON, OFFICER GREGORY GARCIA, OFFICER RICHARD ORNELAS, POLICE CHIEF ANTHONY FERNANDEZ, WHARTON/MINE HILL POLICE DEPARTMENT, MINEHILL TOWNSHIP, BOROUGH OF WHARTON, JOHN DOES 1-5, AND SUPERVISORY PERSONNEL 1-5<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY-NEWARK<br>CIVIL ACTION NO.: 2:22-CV-02464-CCC-JBC<br><br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Frank Amendola and Beverly Amendola, his spouse, hereby dismiss by way of this Stipulation of Dismissal any and all claims raised by them against Defendants Sergeant John Roon, Officer Gregory Garcia, Officer Richard Ornelas, (retired) Police Chief Anthony Fernandez, Wharton/Mine Hill Police Department, Mine Hill Township, and Borough of Wharton, said claims being dismissed with prejudice and without costs or attorney's fees against any party.

14

LAW OFFICE OF ROBERT D. KOBIN, ESQ., LLC
Attorneys for Plaintiffs Frank Amendola and Beverly Amendola

By: Robert D. Kobin, Esq.

CASHA, CASHA AND EVANS, LLC
Attorneys for Defendant
Officer Gregory Garcia

By: Donald S. Dinsmore, Esq.

METHFESSEL & WERBEL, ESQS.
Attorneys for Defendants
Sergeant John Roon, Officer Richard Ornelas,
(retired) Police Chief Anthony Fernandez,
Wharton/Mine Hill Police Department and
Borough of Wharton

By: Steven K. Parness, Esq.

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   4/21/2023

15